UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Frankfort Case No.   22-001-GFVT-MAS-1          At  Lexington        Date  February 15, 2022

USA vs Keith Cooper                    _x_ present     _x_ custody     ____ bond      ____ OR    Age  ____

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned him, and advised him of his constitutional rights, the pending charges, and the possible penalties.  United States Probation Officer Brian Rains was also present.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT:   HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Dulce Combs | Audio File | none | Andrew T. Boone |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant    Edward L. Metzger    _x_ present    _x_ retained    ___ appointed

I, Dulce Combs, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__3-22-CR-00001-GFVT-MAS-1_20220215_135935.

PROCEEDINGS:  **INITIAL APPERANCE & ARRAIGNMENT**

| | |
|---|---|
| __x__ | Copy of Indictment given to the defendant. |
| __x__ | Defendant states true name is Keith Cooper. |
| __x__ | Defendant advised the Court that he/she will retain counsel. |
| _____ | Defendant request that the Court appoint counsel. |
| _____ | Financial Affidavit executed & filed. |
| _____ | Court FINDS defendant qualifies for Court Appointed Counsel under provision of CJA. |
| _____ | Ordered _____ is appointed Attorney under the CJA. |
| __x__ | Defendant advised of Constitutional Rights. |
| __x__ | Defendant advised of the nature of charges and possible penalties. |
| __x__ | Defendant waives formal arraignment. |
| __x__ | Defendant waives reading of Indictment. Information. ____ Indictment - Information read. |
| __x__ | Defendant pleads    Guilty to Counts            _x_ Not guilty to Counts ALL. |
| __x__ | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| __x__ | This matter is assigned for **JURY TRIAL** on April 18, 2022, at 10:00 a.m., in **Frankfort**, before Judge Gregory F. VanTatenhove. Counsel to be present at 09:30 a.m.; |
| __x__ | Number of days expected for trial:  05 |
| __x__ | The United States advised no victims requested to be heard as part of proceeding. |
| _____ | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| _____ | Defendant to remain on bond, conditions of release. |
| __x__ | Defendant remanded to custody of the USM. |
| _____ | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |

Copies:  COR, USP, USM, D, JC          Initials of Deputy Clerk: dc              TIC: / 6 min

Signed By:
**Matthew A. Stinnett**  MAS

**United States Magistrate Judge**