UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Crim. No.: 3:22-cr-00001-GFVT-MAS |
| V. | ) | |
| | ) | **ORDER** |
| KEITH COOPER, | ) | |
| | ) | |
| Defendant. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Keith Cooper's Motion to Continue Trial [R. 49.] Trial in this matter is currently set to begin on September 19, 2022. [R. 46.] Because Mr. Cooper is battling cancer and is in poor health, however, he seeks, for the second time, a general continuance of his trial and for a status conference to be scheduled in later summer. [R. 49.] The United States does not oppose Mr. Cooper's request. *Id.* The Court, however, declines again to grant a general continuance of trial or a status conference. Instead, trial in this matter will be continued to a later date, and counsel may request further continuances if necessary. Accordingly, it is hereby **ORDERED** as follows:

1. Mr. Cooper's Motion [R. 49] is **GRANTED IN PART**;

2. Trial in this matter is **CONTINUED** to January 10, 2023, at 10:00 a.m. at the United States District Courthouse in Frankfort, Kentucky, with counsel to arrive by 9:30 a.m.;

3. In light of Mr. Cooper's Motion for Continuance and upon the Court's own Motion, the time between September 19, 2022 and January 10, 2023 is **DECLARED** excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)-(B). The Court **FINDS** that the

ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

This the 19th day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge