UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CASE NO.  3:22-CR-001-GFVT

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.

KEITH COOPER                                                                                        DEFENDANT

---

### ORDER MODIFYING CONDITIONS OF RELEASE

---

On motion of the Defendant, Keith Cooper, the United States having no objection, and the Court being in all ways sufficiently advised, it is hereby **ORDERED** as follows:

The Court's Order Setting Conditions of Release, R. 36, and Order Amending, R. 37, are hereby modified as follows:

1. Paragraph 7(p)(ii) of the Order Setting Conditions of Release, R.36, requiring "Home Detention" with electronic monitoring, is hereby stricken, and replaced with Paragraph 7(p)(iv), requiring "Stand Alone Monitoring" in conjunction with GPS technology;

2. Paragraph 7(t) of the Order Setting Conditions of Release, R. 36, is hereby amended to require that Mr. Cooper must "obtain advance approval by the pretrial services office or supervising officer of any activities away from his residence"; and

3. The requirements of the Order Amending, R. 37, are hereby stricken, and replaced with paragraph 7(q)(iv) of the Order Setting Conditions of Release, R. 36, requiring Mr. Cooper to submit to GPS location monitoring technology.

**SO ORDERED** this 15th day of December, 2022.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY