UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CASE NO.  3:22-CR-001-GFVT

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.

KEITH COOPER                                                                          DEFENDANT

NOTICE OF CHANGE OF ADDRESS

Edward L. Metzger III, counsel for Defendant Keith Cooper, hereby gives notice of the change of his address, telephone number, and email address.  As of April 1, 2023, Mr. Metzger's contact information is as follows:

**Edward L. Metzger III**
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net

Please serve all pleadings and papers upon Mr. Metzger at the above-listed address/email address, beginning April 1, 2023.

Respectfully submitted,

*/s/ Edward L. Metzger III*
Edward L. Metzger III (#94138)
P.O. Box 559
Union, KY 41091
(859) 898-2140
Lee@nkylaw.net
*Counsel for Defendant Keith Cooper*

## CERTIFICATION

    This is to certify that a true and accurate copy of the foregoing has been served on **March 27, 2023** by filing the same via the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

*/s/ Edward L. Metzger III*
Edward L. Metzger III