UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CASE NO. 3:22-CR-001-GFVT

UNITED STATES OF AMERICA                                           PLAINTIFF

v.

KEITH COOPER                                                       DEFENDANT

ORDER MODIFYING CONDITIONS OF RELEASE

Upon motion of the Defendant, Keith Cooper, to modify the conditions of his pretrial release, the Probation Office having no objection and good cause having been shown, it is hereby **ORDERED** that Mr. Cooper's release conditions are modified to permit overnight travel for meetings with his attorney in Northern Kentucky. All previously imposed conditions of pretrial release remain in effect.

**SO ORDERED** this 15th day of May, 2023.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY